UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., ) | 3:16-cv-00146-MMD-WGC |
| ) | |
| Plaintiff, ) | **MINUTES OF PROCEEDINGS** |
| ) | |
| vs. ) | August 8, 2016 |
| ) | |
| GRAND SIERRA RESORT ) | |
| UNIT- OWNERS' ASSOCIATION, *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |

PRESENT:   <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>  Katie Lynn Ogden  </u>   REPORTER:   <u>            FTR            </u>

COUNSEL FOR PLAINTIFF:   <u>  Allison Schmidt (Telephonically)            </u>

COUNSEL FOR DEFENDANTS:   <u>  Jim Edwards obo MEI-GSR Holdings, LLC and AM-GSR </u>

<u>Holdings, LLC (Telephonically for H. Stan Johnson)            </u>

**MINUTES OF PROCEEDINGS: Discovery Conference**

11:07 a.m.   Court convenes.

There is no appearance made by counsel or otherwise for defendant Alessi & Koenig, LLC.  Ms. Schmidt confirms Bank of America, N.A. ("B of A") served Alessi & Koenig, LLC in March of 2016 and B of A will likely seek a default judgement against Alessi & Koenig, LLC.

The court holds today's conference to address the parties' stipulation to extend time to file discovery plan and proposed scheduling order (ECF No. 23).

The court finds discovery will likely need to be conducted in this case; however, discovery will not be extensive.  Therefore, it is the court's opinion that any extension of time to file a discovery plan and scheduling order will delay the case inordinately.

The parties' stipulation (ECF No. 23) is **denied**.  However, the court will allow 180 days from today's date to complete discovery.  The following scheduling order deadlines are

1

Minutes of Proceedings
3:16-cv-00146-MMD-WGC
August 8, 2016

established as follows:

- Discovery Cut-Off: Monday, 2/6/2017;

- Amending the Pleadings and Adding Parties: Thursday, 11/3/2016;

- Disclosure of Expert(s): Monday, 12/5/2016;

- Disclosure of Rebuttal Expert(s): Monday, 1/6/2017;

- Interim Joint Status Report: Monday, 12/5/2016;

- Dispositive Motion(s): Friday, 3/3/2017; and

- Proposed Joint Pretrial Order: Friday, 4/7/2017.  In the event dispositive motions are filed the date filing the joint pretrial order shall be suspended until thirty (30) days after decision of the dispositive motions or further order of the Court.

There being no additional matters to address today, court adjourns at 11:18 a.m.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Katie Lynn Ogden, Deputy Clerk