ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
VATANA LAY, ESQ.
Nevada Bar No. 12993
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: vatana.lay@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> v. <br><br> GRAND SIERRA RESORT UNIT-OWNERS ASSOCIATION; MEI-GSR HOLDINGS, LLC; AM-GSR HOLDINGS, LLC; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00146-MMD-WGC <br><br> **JOINT STATUS REPORT PURSUANT TO COURT'S JANUARY 11, 2018 ORDER [ECF NO. 61]** |

Plaintiff Bank of America, N.A. (**BANA**) and defendants Grand Sierra Resort Unit-Owners Association, MEI-GSR Holdings, LLC, AM-GSR Holdings, LLC and Alessi & Koenig, LLC submit the following status report pursuant to the court's order entered January 11, 2018, ECF No. 61:

1. On January 11, 2018, this court stayed this case pending the Nevada Supreme Court resolving the certified question in *SFR Invs. Pool 1, LLC v. The Bank of New York Mellon f/k/a the Bank of New York as Trustee for the Certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2006-6*, Case No. 72931. (ECF No. 61.) The court directed the parties to file a status report within five days of the Nevada Supreme Court answering the certified question. (*Id.*) The court further denied BANA's motion for partial summary judgment without prejudice, instructing BANA it could refile within thirty (30) days from the date the stay in this case is lifted. (*Id.*)

2. The Nevada Supreme Court answered the certified question on August 2, 2018.

///

3. Discovery remained open at the time the court stayed the case on January 11, 2018. (ECF No. 60.) The parties now request the court set a (**1**) **December 3, 2018** discovery cut-off and (**2**) **January 3, 2018** dispositive motions deadline. The parties request these deadlines because BANA intends to supplement its Rule 26 disclosures to disclose additional witnesses and documents it believes the Nevada Supreme Court made relevant in answering the certified question, which it intends to use to support and amend its summary judgment motion or oppose any dispositive motion any other parties file. Extending the discovery cut-off and dispositive motions deadline will allow defendants time to conduct any additional discovery they believe BANA's supplemental disclosures necessitate.

This the 7th day of August, 2018.

**AKERMAN LLP**

 */s/ Vatana Lay*
Ariel E. Stern, Esq.
Nevada Bar No. 8276
Vatana Lay, Esq.
Nevada Bar No. 12993
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff Bank of America, N.A.*

This the 7th day of August, 2018.

**COHEN JOHNSON PARKER EDWARDS**

 */s/ H. Stan Johnson*
H. Stan Johnson, Esq.
Nevada Bar No. 00265
255 E. Warm Springs Road, Suite 100
Las Vegas, NV 89118

*Attorneys for defendant MEI-GSR Holdings, LLC and AM-GSR Holdings, LLC*

This the 7th day of August, 2018.

**HOA LAWYERS GROUP, LLC**

 */s/ Steven T. Loizzi, Jr.*
Steven T. Loizzi, Jr., Esq.
Nevada Bar No. 10920
9500 West Flamingo Road, Suite 204
Las Vegas, Nevada 89147

*Attorneys for defendant Alessi & Koenig, LLC*

2