ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: william.habdas@akerman.com

*Attorneys for Plaintiff Bank of America, N.A.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> VS. <br><br> GRAND SIERRA RESORT UNIT-OWNERS' ASSOCIATION; MEI-GSR HOLDINGS, LLC; AM-GSR HOLDINGS, LLC; ALESSI & KOENIG, LLC, <br><br> Defendants. | Case No.: 3:16-cv-00146-MMD-WGC <br><br> **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Bank of America, N.A. hereby provides notice that Vatana Lay, Esq. and Jason Zummo, Esq. are no longer associated with the law firm of Akerman LLP.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

47544189;1

Akerman LLP continues to serve as counsel for Bank of America, N.A., in this action. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to Ariel E. Stern, Esq. and William S. Habdas, Esq.

DATED this 16th day of January, 2019

**AKERMAN LLP**

*/s/ William S. Habdas*
ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
WILLIAM S. HABDAS, ESQ.
Nevada Bar No. 13138
1635 Village Center Circle, Ste. 200
Las Vegas, NV 89134
*Attorneys for Plaintiff*

## COURT APPROVAL

IT IS SO ORDERED.

Date: January 17, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

47544189;1